**91–1720.** Pariano v. Kerr. *Cuyahoga County,* No. 61973. On motion for leave to file appellant's brief instanter. Motion granted.

**91–1985.** Middleburg Hts. v. Ohio Bd. of Bldg. Standards. *Franklin County,* No. 90AP–1289. On motion for leave to file *amicus* of Ohio Home Builders Association et al. Motion granted.

**91–2317.** Babcock & Wilcox Co. v. Stark Cty. Bd. of Revision. Board of Tax Appeals, No. 89–J–961. On motion for leave to supplement the record. Motion granted.

**92–26.** Kleve v. Bd. of Green Twp. Trustees. *Hamilton County,* Nos. C–910717 and C–910718. On motion to reconsider denial of stay. Motion denied.

**92–44.** In re McCrary. *Madison County,* No. CA90–09–021. On motion for leave to file cross-appeal instanter. Motion granted.

**92–220.** Money's Restaurant & Truck Plaza, Inc. v. Banks. *Hamilton County,* No. C–900407. On motion to reconsider granting of instanter motion. Motion denied.

**92–281.** State v. Ulis. *Lucas County,* No. L–90–264. On motion for leave to file delayed cross-appeal. Motion granted.
RESNICK, J., not participating.

**92–344.** State v. Johnson. *Lorain County,* No. 91CA004991. On motion for leave to file memorandum in support instanter. Motion granted.
On motion for leave to exceed page limit. Motion denied.
DOUGLAS, H. BROWN and RESNICK, JJ., dissent.

**92–362.** State v. Ramsey. *Cuyahoga County,* No. 59472. On motion for leave to file delayed appeal and for extension. Motion granted.
WRIGHT and RESNICK, JJ., dissent.

**92–380.** State v. Proctor. *Montgomery County,* No. CA 12563. On motion for leave to withdraw as counsel. Motion granted.

**92–381.** State v. Sherrills. *Cuyahoga County,* No. 53535. On motion for leave to file delayed appeal. Motion denied.

**92–408.** Suttles v. Whalen. *Hamilton County,* No. C–910213. On motion for reconsideration and for extension of time. Motion granted.
HOLMES, WRIGHT and H. BROWN, JJ., dissent.

**92–418.** State v. Harris. *Clinton County,* No. CA91–06–012. On motion to dismiss. Motion to dismiss overruled.
SWEENEY, WRIGHT and RESNICK, JJ., dissent.

**92–423.** State v. Doyle. *Allen County,* Nos. 18–84–5 and 18–84–6. On motion for leave to exceed page limit. Motion denied.
DOUGLAS, H. BROWN and RESNICK, JJ., dissent.

**92–428.** State v. Scott. *Adams County,* No. 505. On motion for leave to file delayed appeal. Motion denied.
DOUGLAS, J., dissents.

**92–489.** State, ex rel. Citizens for Fair Taxation, v. Lucas Cty. Bd. of Commrs. In Mandamus. On request for oral argument. Request denied.

**92–566.** Graham v. Mengel. On motion for appointment of noninterested judges. Motion denied.
SWEENEY and HOLMES, JJ., would also dismiss *sua sponte.*
MOYER, C.J., H. BROWN and RESNICK, JJ., dissent and would grant the motion.